

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2023

No. 04-23-00030-CR

**IN RE** Alejandro Ortiz **CONTRERAS**,

Original Mandamus Proceeding

**ORDER**

Relators moved to consolidate this original proceeding with Cause Nos. 04-23-00028-CR, 04-23-00029-CR, 04-23-00030-CR, 04-23-00031-CR, 04-23-00032-CR, 04-23-00033-CR, 04-23-00034-CR, 04-23-00035-CR, 04-23-00036-CR, 04-23-00037-CR, 04-23-00038-CR, 04-23-00039-CR, 04-23-00040-CR, 04-23-00041-CR, 04-23-00042-CR, 04-23-00043-CR, 04-23-00044-CR, 04-23-00045-CR, 04-23-00046-CR, 04-23-00047-CR, and 04-23-00051-CR. Real party in interest is not opposed to the motions. Having considered the motions, we GRANT relators' motions to consolidate.

We ORDER Cause Nos. 04-23-00028-CR, 04-23-00029-CR, 04-23-00030-CR, 04-23-00031-CR, 04-23-00032-CR, 04-23-00033-CR, 04-23-00034-CR, 04-23-00035-CR, 04-23-00036-CR, 04-23-00037-CR, 04-23-00038-CR, 04-23-00039-CR, 04-23-00040-CR, 04-23-00041-CR, 04-23-00042-CR, 04-23-00043-CR, 04-23-00044-CR, 04-23-00045-CR, 04-23-00046-CR, 04-23-00047-CR, and 04-23-00051-CR, consolidated for purposes of briefing and argument, if any. The parties must file any motions and briefs as if the proceedings were one; however, all cause numbers must be included on the documents.

The court will dispose of the original proceedings with separate orders and opinions except to the extent the original proceedings involve the same defendant.

It is so **ORDERED** on January 23, 2023.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court